1  SEDGWICK LLP
   STEPHANIE A. SHERIDAN, State Bar No. 135910
   stephanie.sheridan@sedgwicklaw.com
2  ANTHONY J. ANSCOMBE, State Bar No. 135883
   anthony.anscombe@sedgwicklaw.com
3  MEEGAN B. BROOKS, State Bar No. 298570
   meegan.brooks@sedgwicklaw.com
4  333 Bush Street, 30th Floor
   San Francisco, CA 94104-2834
5  Telephone: 415.781.7900/Facsimile: 415.781.2635

6  Attorneys for Defendants MACY'S, INC. and
   BLOOMINGDALE'S, INC
7

8  Robert S. Green, Cal. Bar No. 136183
   GREEN & NOBLIN, P.C.
   2200 Larkspur Landing Circle, Suite 101
9  Larkspur, CA 94939
   Telephone: (415)477-6700
10 Facsimile: (415)477-6710
   Email: gnecf@classcounsel.com
11
   Kenneth G. Gilman, Fla. Bar No. 340758
12 GILMAN LAW LLP
   8951 Bonita Beach Rd, S.E., Suite 525
13 Bonita Springs, FL 34135
   Telephone: (239)221-8301
14 Facsimile: (239)790-5150
   Email: kgilman@gilmanlawllp.com
15
   Attorneys for Plaintiffs
16 KRISTIN HALEY and SYLVIA THOMPSON

17                **UNITED STATE DISTRICT COURT**

18                **NORTHERN DISTRICT OF CALIFORNIA**

19

| KRISTIN HALEY and SYLVIA THOMPSON, individually and on behalf of all others similarly situated, | Case No. 3:15-cv-06033-HSG |
|---|---|
| Plaintiffs, | ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | Judge: Hon. Haywood S. Gilliam, Jr. |
| MACY'S, INC. and BLOOMINGDALE'S, INC., | Complaint Filed: December 23, 2015 |
| Defendants. | |

-1-                                        Case No. 3:15-cv-06033-HSG
[PROPOSED] ORDER GRANTING STIP TO CONTINUE CMC

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED. Good cause shown, the currently set Case Management Conference is hereby continued until after Defendants' forthcoming motion to dismiss is fully briefed and decided.

DATED:  February 29, 2016

_____
HONORABLE HAYWOOD S. GILLIAM, JR
United States District Court Judge