UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTIN HALEY, et al.

                Plaintiff(s),

v.

MACY'S, INC., et al.

                Defendant(s).

Case No: 15-cv-06033-KAW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brian M. Parsons, an active member in good standing of the bar of Missouri & Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Macy's, Inc. & Bloomingdale's, Inc. in the above-entitled action. My local co-counsel in this case is Stephanie A. Sheridan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Macy's Law Department<br>111 Boulder Industrial Dr., 2nd Floor<br>Bridgeton, MO 63044 | Sedgwick, LLP<br>333 Bush St., 30th Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(314) 342-6329 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 781-7900 |
| MY EMAIL ADDRESS OF RECORD:<br>brian.m.parsons@macys.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>stephanie.sheridan@sedgwicklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 59014-MO, 6291874-IL

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 3/7/2016                          Brian M. Parsons
                                                                  APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Brian M. Parsons is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/17/2016                        *Haywood S. Gill Jr.*
                                            UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Brian Michael Parsons

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 10, 2007 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, March 3, 2016.

*Carolyn Taft Grosboll*
Clerk

## The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/4/2006,

## Brian Michael Parsons

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 4th day of March 2016.

*Bill L. Thompson*

Clerk of the Supreme Court of Missouri