**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN HALEY and SYLVIA THOMPSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>MACY'S, INC. and BLOOMINGDALE'S, INC.,<br><br>        Defendants. | **ORDER GRANTING STIPULATION RE SCHEDULE FOR CASE MANAGEMENT CONFERENCE AND DEFENDANTS' RESPONSE DEADLINE**<br><br>Case No. 3:15-cv-06033-HSG<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |
| TODD BENSON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>MACY'S, INC., MACY'S WEST STORIES, INC., and BLOOMINGDALE'S, INC.,<br><br>        Defendants. | Case No. 3:16-cv-01252-HSG<br><br>The Honorable Haywood S. Gilliam, Jr. |
| ZOHREH FARHANG, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>MACY'S, INC., MACY'S WEST STORES, INC. and BLOOMINGDALE'S, INC.,<br><br>        Defendants. | Case No. 3:16-cv-02850-HSG<br><br>The Honorable Haywood S. Gilliam, Jr. |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED. Good cause shown,

(1) Defendants need not respond to the original Complaints in *Haley*, *Benson*, or *Farhang* until after Plaintiffs' Motion to Consolidate is decided; if Plaintiffs are granted leave to file a Consolidated Complaint, Defendants' deadline to respond to that Consolidated Complaint shall be 30 days after the Consolidated Complaint is filed; if, alternatively, Plaintiffs' Motion to Consolidate is denied, Defendants shall respond to the original Complaints within 30 days of the Court's order denying Plaintiffs' motion.

(2) The Case Management Conference currently scheduled for August 30, 2016 in *Benson* and *Farhang* shall be continued until after Defendants file their responsive pleadings (whether to the original Complaints or a Consolidated Complaint), and, if Defendants respond with a motion to dismiss, until after that motion is fully briefed and decided.

DATED: July 1, 2016

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge