# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HALEY, SYLVIA THOMPSON, TODD BENSON, ZOHREH FARHANG, JOB CARDER, AND ERICA VINCI individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MACY'S, INC., et al.,<br><br>Defendants. | CASE NO. 3:15-cv-06033-HSG<br><br>[Consolidated with Case Nos. 16-cv-01252-HSG,16-cv-02850-HSG, and 16-cv-03341-SBA]<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED. Good cause shown, the currently set Case Management Conference is hereby continued until November 8, 2016, and the Parties' Case Management Statement shall be due November 1, 2016.

DATED: October 17, 2016

*[signature: Haywood S. Gilliam Jr.]*
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge