**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN HALEY, SYLVIA THOMPSON, TODD BENSON, ZOHREH FARHANG, JOB CARDER, AND ERICA VINCI individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MACY'S, INC., et al.,<br><br>Defendants. | CASE NO. 3:15-cv-06033-HSG<br><br>[Consolidated with Case Nos. 16-cv-01252-HSG,16-cv-02850-HSG, and 16-cv-03341-SBA]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE FOR CONSOLIDATED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

# [PROPOSED] ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Good cause shown, Defendants shall respond to the Consolidated Complaint by November 17, 2016. If Defendants respond with a Motion to Dismiss, Plaintiffs' Opposition to that Motion shall be due on December 8, 2016, Defendants' Reply shall be due on December 29, 2016, and the Motion shall be heard on February 2, 2017 at 2:00 p.m. The Case Management Conference currently scheduled for November 8, 2016 is continued until after this Court decides Defendants' Motion to Dismiss.

DATED:     November 3, 2016

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge