ROSEMARY M. RIVAS (Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1 California Street, Suite 900
San Francisco, California  94111
Telephone:  (415) 398-8700
Facsimile:   (415) 398-8704

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KRISTIN HALEY, et al., | Case No. 3:15-cv-06033-HSG |
|---|---|
| Plaintiff, | (Consolidated with: 3:16-cv-01252-HSG, 3:16-cv-02850-HSG, and 3:16-cv-03341-HSG) |
| v. | |
| MACY'S INC., et al., | |
| Defendant. | STIPULATION & ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT |

WHEREAS, Defendants filed a motion to dismiss Plaintiffs' Consolidated Complaint on November 17, 2016 and set a hearing for February 2, 2017;

WHEREAS, under the current briefing schedule, Plaintiffs' opposition brief is due on December 8, 2016 and Defendants' reply is due on December 29, 2016;

WHEREAS, Plaintiffs seek to meet and confer with Defendants about some of the issues raised in the motion to dismiss to determine whether any can be resolved informally;

ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

Plaintiffs' opposition to the motion to dismiss shall be filed on or before December 12, 2016 and Defendants' reply brief shall be filed on or before January 5, 2017. The hearing on the motion to dismiss will remain the same.

Case No.  3:15-cv-06033-HSG                                    STIPULATION & [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  December 8, 2016 | **FINKELSTEIN THOMPSON LLP** |
| 3 | | By: /s/ *Rosemary M. Rivas* |
| 4 | | Rosemary M. Rivas |
| 5 | | Counsel for Plaintiffs |
| 6 | DATED:  December 8, 2016 | **SEDGWICK LLP** |
| 7 | | By: /s/  *Stephanie Sheridan* |
| 8 | | Stephanie Sheridan |
| 9 | | Counsel for Defendants |

**ORDER**

Based on the foregoing stipulation and good cause being shown, the Court hereby GRANTS the parties' Stipulation.  The Court hereby orders as follows:

1. Plaintiffs' opposition to the motion to dismiss shall be filed on or before December 12, 2016 and Defendants' reply brief shall be filed on or before January 5, 2017. The hearing on the motion to dismiss shall remain the same.

**IT IS SO ORDERED.**

Date:  December 9, 2016

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories.

/s/ *Rosemary M. Rivas*
Rosemary M. Rivas