Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HALEY, individually and on behalf of all others similarly situated, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>MACY'S, INC., et al.<br><br>Defendants. | Case No.: 4:15-cv-06033-HSG<br><br>(Consolidated with:<br>   3:16-cv-01252-HSG,<br>   4:16-cv-02850-KAW, and<br>   4:16-cv-03341-KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE AS TO DEFENDANT'S (1) FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT and (2) FED. R. CIV. P. 12(b)(1) MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT FOR LACK OF STANDING**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm: 2, 4th Floor |

This Stipulation is entered into by and between Plaintiffs Kristin Haley, Todd Benson, Zoreh Farhang, Job Carder and Erica Vinci ("Plaintiffs") and Defendant Macy's West Stores, Inc. ("Defendant"), by and through their counsel of record:

WHEREAS, on September 1, 2017, Defendant filed a Fed. R. Civ. P. 12(b)(1) Motion to Dismiss Plaintiffs' Amended Consolidated Complaint for Lack of Standing and a Fed. R. Civ. P. 12(b)(6) Motion to Dismiss Plaintiffs' Amended Consolidated Complaint;

WHEREAS, the two separate motions that were filed include three separate client declarations and an extensive request for judicial notice which raise factual issues outside of the Amended Complaint and will require client declarations in the response;

WHEREAS, the parties agree that the briefing on the issues raised by the Motions to Dismiss would benefit from taking more time than is contemplated by the Local Rules for the typical motion to dismiss;

WHEREAS, absent this Stipulation and [Proposed] Order, oppositions to each Motion to Dismiss would be due on September 15, 2017, and replies would be due on September 22, 2017, and the hearing would be held on November 2, 2017;

WHEREAS, no discovery cut-off date, pretrial conference date, or trial date has been set in this matter.

WHEREAS, there have been no prior requests for extensions of deadlines presented to this Court for Plaintiffs' oppositions or Defendant's reply to these motions.

NOW, THEREFORE, Plaintiffs and Defendant enter into the following Stipulation, subject to its being validated by an order of this Court:

1. Plaintiffs' Opposition to each Motion to Dismiss shall be due no later than September 26, 2017.

2. Defendant's Reply to each motion shall be due on October 12, 2017.

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES AS TO DEFENDANT'S MOTIONS TO DISMISS - CASE NO. 15-cv-06033-HSG

3. The hearing on this matter shall be continued from November 2, 2017 to November 9, 2017, or such later date as the Court shall direct.

IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.

DATED: September 15, 2017  **GREEN & NOBLIN, P.C.**

By: /s/ Robert S. Green
Robert S. Green (SBN 136183)
James Robert Noblin (SBN 114442)
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Kenneth G. Gilman (Fla. Bar No. 340758)
**GILMAN LAW LLP**
8951 Bonita Beach Rd, S.E., Suite 525
Bonita Springs, FL 34135
Telephone: (239)221-8301
Facsimile: (239)790-5150
Email: kgilman@gilmanlawllp.com

*Attorneys for Plaintiffs Haley and Farhang*

DATED: September 15, 2017  **LEVI & KORSINSKY LLP**

By: /s/ Rosemary M. Rivas
Rosemary M. Rivas (SBN 209147)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2419 (Direct)
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

Gordon M. Fauth, Jr. (SBN 190280)
Rosanne L. Mah (SBN 242628)
**FINKELSTEIN THOMPSON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (510) 238-9610 (Direct)
Telephone: (415) 398-8700
Facsimile: (415) 398-8704
Email: rmah@finkelsteinthompson.com

*Attorneys for Plaintiff Benson*

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES AS TO DEFENDANT'S MOTIONS TO DISMISS - CASE NO. 15-cv-06033-HSG

haley v. macy_s_stip to

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 15, 2017 | **MARTINEZ CHARLES LLP** |
| 3 | | |
| 4 | | By: /s/ Michael C. Martinez |
| 5 | | Michael C. Martinez (SBN 188084) |
| | | Mark Charles (SBN 199994) |
| 6 | | 600 South Lake Avenue, Suite 504 |
| | | 3 Pasadena, CA 91106 |
| 7 | | Telephone: (626) 844-7710 |
| | | Facsimile: (626) 844-7740 |
| 8 | | Email: mmartinez@martinezcharles.com |
| | | mcharles@martinezcharles.com |
| 9 | | |
| 10 | | *Attorneys for Plaintiffs Carder and Vinci* |
| 11 | DATED: September 15, 2017 | **SEDGWICK LLP** |
| 12 | | |
| 13 | | By: /s/ Stephanie Sheridan |
| | | Stephanie Sheridan (SBN 135910) |
| 14 | | Anthony J. Anscombe (SBN 135883) |
| | | Meegan B. Brooks (SBN 298570) |
| 15 | | 333 Bush Street, 30th Floor |
| | | San Francisco, CA 94104-2834 |
| 16 | | Telephone: (415) 781-7900 |
| | | Facsimile: (415) 781-2635 |
| 17 | | |
| 18 | DATED: September 15, 2017 | **MACY'S LAW DEPARTMENT** |
| 19 | | |
| 20 | | By: /s/ Brian Parsons |
| | | Brian Parsons (*Admitted Pro Hac Vice*) |
| 21 | | 11477 Olde Cabin Road, Suite 400 |
| 22 | | St. Louis, MO 63141 |
| | | Telephone: (314) 342-6329 |
| 23 | | Facsimile: (314) 342-6366 |
| 24 | | *Attorneys for Defendant,* |
| | | *Macy's West Stores, Inc.* |

-3-
STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES AS TO DEFENDANT'S MOTIONS TO DISMISS - CASE NO. 15-cv-06033-HSG

haley v. macy_s_stip to

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED** that the following schedule shall govern the pending |
| 2 | Motion to Dismiss the First Amended Complaint instead of the deadlines that would otherwise |
| 3 | pertain under Local Rules 7-9 and 7-10 |
| 4 | 1. Plaintiffs' Opposition to each Motion to Dismiss shall be due no later than |
| 5 | September 26, 2017. |
| 6 | 2. Defendant's Reply to each motion shall be due on October 12, 2017. |
| 7 | 3. The hearing on this matter shall be continued from November 2, 2017 to |
| 8 | November 16, 2017. |
| 10 | Dated: 9/18/2017 |

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge