| | |
|---|---|
| 1 | Robert S. Green (State Bar No. 136183)<br>James Robert Noblin (State Bar No. 114442) |
| 2 | **GREEN & NOBLIN, P.C.**<br>2200 Larkspur Landing Circle, Suite 101 |
| 3 | Larkspur, CA 94939<br>Telephone: (415) 477-6700 |
| 4 | Facsimile: (415) 477-6710<br>Email: gnecf@classcounsel.com |
| 5 | Attorneys for Plaintiffs |
| 6 | Stephanie Sheridan (SBN 135910) |
| 7 | Anthony J. Anscombe (SBN 135883)<br>Meegan B. Brooks (SBN 298570) |
| 8 | **SEDGWICK LLP**<br>333 Bush Street, 30th Floor |
| 9 | San Francisco, CA 94104-2834<br>Telephone: (415) 781-7900 |
| 10 | Facsimile: (415) 781-2635<br>Email: stephanie.sheridan@sedgwicklaw.com |
| 11 | Attorneys for Defendant |
| 12 | |
| 13 | [Additional counsel listed on signature page] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND COURTHOUSE

| | | |
|---|---|---|
| KRISTIN HALEY, individually and on behalf of all others similarly situated, et al. | | Case No.: 4:15-cv-06033-HSG |
| | Plaintiffs, | (Consolidated with:<br>3:16-cv-01252-HSG,<br>4:16-cv-02850-KAW, and |
| vs. | | 4:16-cv-03341-KAW) |
| MACY'S, INC., et al. | | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FOR DEFENDANT'S MOTIONS TO DISMISS** |
| | Defendants. | |
| | | Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm: 2 - 4th Floor, Oakland Courthouse |
| | | Current Date: November 16, 2017<br>**Proposed New Date:** December 7, 2017 |

|  | This Stipulation is entered into by and between Plaintiffs Kristin Haley, Todd Benson, Zoreh Farhang, Job Carder and Erica Vinci ("Plaintiffs") and Defendant Macy's West Stores, Inc. ("Defendant"), by and through their counsel of record: |

WHEREAS, on September 1, 2017, Defendant filed a Fed. R. Civ. P. 12(b)(1) Motion to Dismiss Plaintiffs' Amended Consolidated Complaint for Lack of Standing and a Fed. R. Civ. P. 12(b)(6) Motion to Dismiss Plaintiffs' Amended Consolidated Complaint (together, the "Motions");

WHEREAS, on September 26, 2017, the Parties filed a stipulation to set the briefing schedule for Macy's Motions, and to continue the hearing date from November 2, 2017 until November 9, 2017 (Dkt. 72);

WHEREAS, the Court granted the Parties' stipulation, and scheduled the hearing for November 16, 2017 (Dkt. 73);

WHEREAS, counsel for Macy's is unavailable on November 16, 2017;

WHEREAS, no discovery cut-off date, pretrial conference date, or trial date has been set in this matter.

NOW, THEREFORE, Plaintiffs and Defendant enter into the following Stipulation, subject to its being validated by an order of this Court:

1. The hearing on this matter shall be continued from November 16, 2017 to December 7, 2017, or such later date as the Court shall direct.

IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.

DATED: October 4, 2017  **GREEN & NOBLIN, P.C.**

By: /s/ Robert S. Green
Robert S. Green (SBN 136183)
James Robert Noblin (SBN 114442)
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

|   |   |   |
|---|---|---|
| 1 |  | Kenneth G. Gilman (Fla. Bar No. 340758) |
| 2 |  | **GILMAN LAW LLP** |
|   |  | 8951 Bonita Beach Rd, S.E., Suite 525 |
| 3 |  | Bonita Springs, FL 34135 |
|   |  | Telephone: (239)221-8301 |
| 4 |  | Facsimile: (239)790-5150 |
|   |  | Email: kgilman@gilmanlawllp.com |

1                      Kenneth G. Gilman (Fla. Bar No. 340758)
**GILMAN LAW LLP**
8951 Bonita Beach Rd, S.E., Suite 525
Bonita Springs, FL 34135
Telephone: (239)221-8301
Facsimile: (239)790-5150
Email: kgilman@gilmanlawllp.com

*Attorneys for Plaintiffs Haley and Farhang*

DATED: October 4, 2017        **LEVI & KORSINSKY LLP**

By:  /s/ Rosemary M. Rivas
Rosemary M. Rivas (SBN 209147)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2419 (Direct)
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

Gordon M. Fauth, Jr. (SBN 190280)
Rosanne L. Mah (SBN 242628)
**FINKELSTEIN THOMPSON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (510) 238-9610 (Direct)
Telephone: (415) 398-8700
Facsimile: (415) 398-8704
Email: rmah@finkelsteinthompson.com

*Attorneys for Plaintiff Benson*

DATED: October 4, 2017        **MARTINEZ CHARLES LLP**

By:  /s/ Michael C. Martinez
Michael C. Martinez (SBN 188084)
Mark Charles (SBN 199994)
600 South Lake Avenue, Suite 504
3 Pasadena, CA 91106
Telephone: (626) 844-7710
Facsimile: (626) 844-7740
Email: mmartinez@martinezcharles.com
       mcharles@martinezcharles.com

*Attorneys for Plaintiffs Carder and Vinci*

| | | |
|---|---|---|
| DATED: October 4, 2017 | | SEDGWICK LLP |

By:   /s/ Stephanie Sheridan
    Stephanie Sheridan (SBN 135910)
    Anthony J. Anscombe (SBN 135883)
    Meegan B. Brooks (SBN 298570)
    333 Bush Street, 30th Floor
    San Francisco, CA 94104-2834
    Telephone: (415) 781-7900
    Facsimile: (415) 781-2635

DATED: October 4, 2017    **MACY'S LAW DEPARTMENT**

By:   /s/ Brian Parsons
    Brian Parsons (*Admitted Pro Hac Vice*)
    11477 Olde Cabin Road, Suite 400
    St. Louis, MO 63141
    Telephone: (314) 342-6329
    Facsimile: (314) 342-6366

*Attorneys for Defendant Macy's West Stores, Inc.*

## Local Rule 5-1(i) Attestation

I attest that each of the other signatories above concurs in this filing's content and has authorized the filing.

DATED: October 4, 2017    SEDGWICK LLP

By:   /s/ Stephanie Sheridan
    Stephanie Sheridan
    *Attorneys for Defendant Macy's West Stores, Inc.*

85357151v1      -3-      CASE NO. 4:15-cv-06033-HSG
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FOR MOTIONS TO DISMISS
haley v macys_stip to

1  **IT IS HEREBY ORDERED** that the hearing on Defendant's Motions to Dismiss shall
2  be continued from November 16, 2017 to December 7, 2017.

Dated: 10/5/2017

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge