AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA, Oakland Division |

KRISTIN HALEY, et al.
    Plaintiff (s),
V.
MACY'S INC., et al.,
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:15-cv-06033-HSG

Notice is hereby given that, subject to approval by the court, **Macy's Inc.** substitutes
(Party (s) Name)

**Stephanie Sheridan, Esq., Steptoe & Johnson, LLP**, State Bar No. **135910** as counsel of record in
(Name of New Attorney)

place of **Stephanie Sheridan, Esq., Sedgwick LLP**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: Steptoe & Johnson LLP
    Address: Steuart Tower, One Market Street, Suite 1800, San Francisco, California 94105
    Telephone: (415) 365-6715    Facsimile (415) 365-6699
    E-Mail (Optional): ssheridan@steptoe.com

I consent to the above substitution.
Date: 1/4/2018

Brian Parsons, Macy, Inc.
_(Signature of Party (s))_

I consent to being substituted.
Date: 12/31/2017

Stephanie Sheridan
_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 1/1/2018

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.
Date: 1/5/2018

Haywood S. Gilliam Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]