Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HALEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S, INC., et al.<br><br>Defendants. | Case No.: 4:15-cv-06033-HSG<br><br>(Consolidated with:<br>4:16-cv-01252-HSG,<br>4:16-cv-02850-HSG, and<br>4:16-cv-03341-HSG)<br><br>[PROPOSED] ORDER |

Based on the stipulation of the parties filed Jan. 10, 2018, it is hereby ordered as follows:

1. Following Macy's response to Plaintiffs' initial discovery requests, the parties shall meet and confer as to any open issues on January 29, 2018;
2. Plaintiffs shall file any amended complaints by April 30, 2018;
3. The parties shall disclose class certification experts by June 15, 2018;
4. Expert discovery related to class certification shall be completed by August 1, 2018;
5. Plaintiffs' motion for class certification shall be filed by August 15, 2018;
6. Defendants' opposition to class certification shall be filed by September 27, 2018;
7. Any reply re class certification shall be filed by October 30, 2018;
8. The hearing on class certification shall be on Thursday, November 15, 2018, at 2 p.m.

IT IS SO ORDERED.

DATED: 1/11/2018

HONORABLE HAYWOOD S. GILLIAM, JR.