| | |
|---|---|
| Gordon M. Fauth, Jr. (SBN 190280)<br>Of Counsel<br>Rosanne L. Mah (SBN 242628)<br>Of Counsel<br>**FINKELSTEIN THOMPSON LLP**<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (510) 238-9610 (Direct)<br>Facsimile: (415) 398-8704<br><br>*Attorneys for Plaintiff*<br>*Todd Benson* | **STEPTOE & JOHNSON LLP**<br>Stephanie A. Sheridan, SBN 135910<br>ssheridan@steptoe.com<br>Anthony J. Anscombe, SBN 135883<br>aanscombe@steptoe.com<br>Meegan B. Brooks, SBN 298570<br>mbrooks@steptoe.com<br>Steuart Tower, 1 Market St #1800<br>San Francisco, CA 94105<br>Telephone: (415) 365-6700<br>Facsimile: (415) 365-6678<br><br>*Attorneys for Defendant*<br>*Macy's West Stores, Inc.* |

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HALEY, et al.<br><br>      Plaintiffs,<br><br>vs.<br><br>MACY'S, INC., et al.<br><br>      Defendants.<br><br>This document relates to Case No. 3:16-cv-01252-HSG | Case No.: 4:15-cv-06033-HSG<br><br>(Consolidated with:<br>    4:16-cv-01252-HSG,<br>    4:16-cv-02850-HSG, and<br>    4:16-cv-03341-HSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PLAINTIFF TODD BENSON AS A NAMED PLAINTIFF** |

WHEREAS, Plaintiff Todd Benson filed his original complaint against Macy's, Inc., Macy's West Stores, Inc., and Bloomingdales, Inc. on March 14, 2016 in the case entitled, *Benson v. Macy's Inc., et al.*, Case No. 3:16-cv-01252. Docket No. 1.

WHEREAS, Plaintiff Todd Benson is named as one of the class representatives in the Amended Consolidated Class Action Complaint for Violations of California's Unfair Competition Law, California's False Advertising Law, and California's Consumers Legal Remedies Act, on July 28, 2017 in the case entitled, *Haley v. Macy's Inc., et al.*, Case No. 4:15-cv-06033-HSG. Docket No. 57.

WHEREAS, Defendant Macy's, Inc. filed its Motions to Dismiss Plaintiffs' Amended Consolidated Complaint For Lack of Standing and For Failure to State a Claim on September 1, 2017. Docket Nos. 61 and 63.

WHEREAS, on December 7, 2017, the Court heard oral argument on Defendant's motions to dismiss; and on December 21, 2017, the Court issued its Order Granting In Part and Denying In Part Motion to Dismiss. Docket No. 91.

WHEREAS, Plaintiffs have agreed to dismiss Todd Benson as a named plaintiff without prejudicing his right to participate in a class recovery, and each party bearing their own fees and costs.

WHEREAS, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

(1) That, pursuant to Federal Rule of Civil Procedure 41(b), the Court enter an order dismissing Plaintiff Todd Benson ("Benson") as a named plaintiff. The dismissal is without prejudice as to Benson's ability to participate in any proposed class action as a class member and/or to participate as a class member in this litigation and in any recovery obtained for the class in this litigation, and each party bearing their own fees and costs.

(2) That, the Court enter an order instructing the Court of the Clerk to close the case entitled *Benson v. Macy's Inc., et al.*, Case No. 3:16-cv-01252.

DATED: April 6, 2018                **FINKELSTEIN THOMPSON LLP**

By:   /s/ Gordon M. Fauth
Gordon M. Fauth, Jr. (SBN 190280)
Of Counsel
Rosanne L. Mah (SBN 242628)
Of Counsel
**FINKELSTEIN THOMPSON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (510) 238-9610 (Direct)
Telephone: (415) 398-8700
Facsimile: (415) 398-8704
Email: gfauth@finkelsteinthompson.com
Email: rmah@finkelsteinthompson.com

| | |
|---|---|
| | Rosemary M. Rivas (SBN 209147)<br>**LEVI & KORSINSKY LLP**<br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>Telephone: (415) 291-2419 (Direct)<br>Facsimile: (415) 484-1294<br>Email: rrivas@zlk.com |
| DATED: April 6, 2018 | **STEPTOE & JOHNSON LLP**<br><br>By: /s/ Stephanie Sheridan<br>Stephanie Sheridan (SBN 135910)<br>Anthony J. Anscombe (SBN 135883)<br>Meegan B. Brooks (SBN 298570)<br>Steuart Tower, 1 Market St #1800<br>San Francisco, CA 94105<br>Telephone: (415) 365-6700<br>Facsimile: (415) 365-6678 |
| DATED: April 6, 2018 | **MACY'S LAW DEPARTMENT**<br><br>By: /s/ Brian Parsons<br>Brian Parsons (SBN 318770)<br>11477 Olde Cabin Road, Suite 400<br>St. Louis, MO 63141<br>Telephone: (314) 342-6329<br>Facsimile: (314) 342-6366<br><br>*Attorneys for Defendant,*<br>*Macy's West Stores, Inc.* |

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and pursuant to Federal Rule of Civil Procedure 41(b), the Court orders the dismissal of Plaintiff Todd Benson ("Benson") as a named plaintiff. The dismissal is without prejudice as to Benson's ability to participate in any proposed class action as a class member and/or to participate as a class member in this litigation and in any recovery obtained for the class in this litigation, and each party bearing their own fees and costs.

The Clerk of the Court is instructed to close the case entitled *Benson v. Macy's Inc., et al.*, Case No. 4:16-cv-01252.

**IT IS SO ORDERED.**

Date:   4/9/2018

HONORABLE HAYWOOD S. GILLIAM, JR.