1  Robert S. Green (State Bar No. 136183)
   James Robert Noblin (State Bar No. 114442)
2  **GREEN & NOBLIN, P.C.**
   2200 Larkspur Landing Circle, Suite 101
3  Larkspur, CA  94939
   Telephone:  (415) 477-6700
4  Facsimile:  (415) 477-6710
   Email:  gnecf@classcounsel.com
5
   Attorneys for Plaintiffs
6
   [Additional counsel listed on signature page]
7

8
                   **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12  KRISTIN HALEY, et al.                      Case No.:  4:15-cv-06033-HSG

13             Plaintiffs,                     (Consolidated with:
                                                   3:16-cv-01252-HSG,
14  vs.                                            4:16-cv-02850- HSG, and
                                                   4:16-cv-03341- HSG)
15  MACY'S, INC., et al.
                                               **STIPULATION OF DISMISSAL WITH**
16             Defendants.                     **PREJUDICE**

17
                                               Judge: Hon. Haywood S. Gilliam, Jr.
18                                             Ctrm:  2, 4th Floor

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Kristin Haley, Zohreh Farhang, and Job Carder and Defendant Macy's West Stores, Inc. hereby stipulate to the dismissal of this action with prejudice.

DATED:  June 29, 2018                           Respectfully Submitted,

   /s/ Robert S. Green
Robert S. Green (SBN 136183)
Attorney for Plaintiff Farhang
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

   /s/ Kenneth G. Gilman
Kenneth G. Gilman
Attorney for Plaintiff Haley
**GILMAN LAW LLP**
8951 Bonita Beach Rd, S.E., Suite 525
Bonita Springs, FL 34135

   /s/ Michael C. Martinez
Michael C. Martinez (SBN 188084)
Attorney for Plaintiff Carder
**MICHAEL MARTINEZ LAW, APC**
155 North Lake Avenue, Suite 800
Pasadena, CA 91101

   /s/ Stephanie Sheridan
Stephanie Sheridan (SBN 135910)
Attorney for Macy's West Stores, Inc.
**STEPTOE & JOHNSON LLP**
Steuart Tower, 1 Market St. #1800
San Francisco, CA 94104-2834

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 3:15-cv-06033-HSG

## **ATTESTATION**

I hereby attest that I have obtained concurrence in the filing of this document from each of the other persons whose signatures are indicated by a conformed signature (/S/) within this e-filed document.

Dated: June 29, 2018                    By:  */s/ Robert S. Green*
                                                          Robert S. Green